# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>          v.<br><br>ARMEN BABAYAN,<br><br>                                Defendant. | Case No. ED CV 16-1961 BRO - SP<br><br>ORDER TO SHOW CAUSE<br><br>Hearing: 10/24/2016<br>Courtroom: 7C |

   Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through

1

1  the sworn declaration of the IRS agent who issued the summons); accord, United
2  States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).
3         THEREFORE, IT IS ORDERED that Respondent appear before this District
4  Court of the United States for the Central District of California in Courtroom of the
5  Honorable Beverly Reid O'Connell, No. 7C,
6
7    XXX United States Courthouse
8          350 West First Street, Courtroom 7C
9          Los Angeles, California 90012
10
11        On **October 24, 2016**, at  **9:00 A.M**, and show cause why the testimony and
12  production of books, papers, records and other data demanded in the subject
13  Internal Revenue Service summons should not be compelled.
14        IT IS FURTHER ORDERED that copies of this Order, the Petition,
15  Memorandum of Points and Authorities, and accompanying Declaration be served
16  promptly upon Respondent by any employee of the Internal Revenue Service or by
17  the United States Attorney's Office, by personal delivery, or by leaving copies of
18  each of the foregoing documents at the Respondent's dwelling or usual place of
19  abode with someone of suitable age and discretion who resides there, or by
20  certified mail.
21        IT IS FURTHER ORDERED that within ten (10) days after service upon
22  Respondent of the herein described documents, Respondent shall file and serve a
23  written response, supported by appropriate sworn statements, as well as any
24  desired motions.  If, prior to the return date of this Order, Respondent files a
25  response with the Court stating that Respondent does not desire to oppose the relief
26  sought in the Petition, nor wish to make an appearance, then the appearance of
27  Respondent at any hearing pursuant to this Order to Show Cause is excused, and
28  Respondent shall be deemed to have complied with the requirements of this Order.

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

**IT IS HEREBY ORDERED**

Dated: <u>September 22, 2016</u>     _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

Presented By:

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

   /s/
_____
Valerie L. Makarewicz
Assistant United States Attorney
Attorneys for the United States of America

3