EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.makarewicz@usdoj.gov
Attorneys for United States of America

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>      v.<br><br>ARMEN BABAYAN,<br><br>                Defendant. | Case No. 5:16-cv-01961-BRO-SP<br><br><u>ORDER VOLUNTARY DISMISSING CASE PURSUANT TO FED. R. CIV. P. 41</u> |

1

Pursuant to Plaintiff's Notice of Voluntary Dismissal:

IT IS HEREBY ORDERED that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the entire action is hereby DISMISSED, without prejudice.

**IT IS SO ORDERED.**

**Dated: March 9, 2017.**

_____
HON. BEVERLY REID O'CONNELL
United States District Judge

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

 /s/
VALERIE L. MAKAREWICZ
Assistant United States Attorney